**Order entered July 11 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00857-CV

### IN RE NORTH DALLAS FORNEY INVESTORS, L.L.C., ET AL., Relators

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-09384**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of

mandamus.  We **ORDER** that relators bear the costs of this original proceeding.


/s/      DAVID L. BRIDGES
         JUSTICE